IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD HINTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15 C 10240 |
| | ) | |
| v. | ) | Honorable Robert W. Gettleman |
| | ) | Judge Presiding |
| MARCUS HARDY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant MARCUS HARDY, by and through his attorney, LISA MADIGAN, Attorney General for Illinois, and pursuant to Fed.R.Civ.P. 12(b)(6), hereby moves to dismiss Plaintiff's First Amended Complaint as fully set forth in his Memorandum of Law in Support of His Motion to Dismiss Plaintiff's First Amended Complaint. Defendant respectfully requests that this Court grant the instant motion in his favor.

Dated: August 1, 2016                 Respectfully submitted,

LISA MADIGAN
Attorney General of the State of Illinois

                                                                                                By:   */s/* Deborah J. Baker
                                                                                                     Deborah J. Baker
                                                                                                     Assistant Attorney General
                                                                                                     Office of the Illinois Attorney General
                                                                                                     100 West Randolph Street, 13th Floor
                                                                                                     Chicago Illinois 60601
                                                                                                     (312) 814-2035

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on August 1, 2016, she electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. The undersigned further certifies that the foregoing document was served upon the above individual via U.S. first class mail, proper postage prepaid.

                /s/ Deborah J. Baker