## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Ronald Hinton, Plaintiff          Case Number: 15 C 10240
v.
Warden Marcus Hardy, et al. Defendants

An appearance is hereby filed by the undersigned as attorney for:
Ronald Hinton

Attorney name (type or print):  David J. Flynn

Firm:     Querrey & Harrow, Ltd.

Street address:        175 W. Jackson Blvd., Suite 1600

City/State/Zip:    Chicago, IL 60604

Bar ID Number:  6204228          Telephone Number:    312-540-7662
(See item 3  in instructions)

Email Address: dflynn@querrey.com

Are you acting as lead counsel in this case?          ☒ Yes     ☐ No

Are you acting as local counsel in this case?          ☐ Yes     ☒ No

Are you a member of the court's trial bar?          ☒ Yes     ☐ No

If this case reaches trial, will you act as the trial attorney?          ☒ Yes     ☐ No

If this is a criminal case, check your status.     ☐     Retained Counsel
                                                   ☐     Appointed Counsel
                                                         If appointed counsel, are you a
                                                         ☐ Federal Defender
                                                         ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 7, 2016

Attorney signature:     S/ David J. Flynn
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015