IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ronald Hinton | ) | |
| | ) | |
| Plaintiff | ) | Case No. 15 C 10240 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| Marcus Hardy | ) | |
| Defendant | ) | |

# **ORDER**

Status hearing held.

The second amended complaint is amended on its face to reflect that defendant Joel Dunmars is being sued in his individual capacity. Motions [39][56] to dismiss are denied. Motion [50] to set a briefing schedule is terminated.

Status hearing is continued to 2/28/2017, at 9:00 a.m.

(00:08)

**ENTER: February 15, 2017**

_____
**Robert W. Gettleman
United States District Judge**