## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Ronald Hinton, Plaintiff    Case Number: 15 C 10240
v.
Warden Marcus Hardy, et al. Defendants

An appearance is hereby filed by the undersigned as attorney for:
Ronald Hinton

Attorney name (type or print):  Brett Thomaston

Firm:    Querrey & Harrow, Ltd.

Street address:    175 W. Jackson Blvd., Suite 1600

City/State/Zip:    Chicago, IL 60604

Bar ID Number: 6327691    Telephone Number:    312-540-7000
(See item 3 in instructions)

Email Address: bthomaston@querrey.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 27, 2018

Attorney signature:    S/ Brett Thomaston_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015